# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DUSKIN CORBAN LASSITER,
7992 NC Highway 8
Lexington, NC 27292
(336) 596-2716

                    *Plaintiff*,

            v.

ROBERT B. ADERHOLT,
U.S. Representative for the 4th Congressional
District of Alabama
266 Cannon House Office Building
Washington, D.C. 20515,

RICK ALLEN,
U.S. Representative for the 12th Congressional
District of Georgia
570 Cannon House Office Building
Washington, D.C. 20515,

JODEY ARRINGTON,
U.S. Representative for the 19th Congressional
District of Texas
1107 Longworth House Office Building
Washington, D.C. 20515,

BRIAN BABIN,
U.S. Representative for the 36th Congressional
District of Texas
2236 Rayburn House Office Building
Washington, D.C. 20515,

JIM BAIRD,
U.S. Representative for the 4th Congressional
District of Indiana
1314 Longworth House Office Building
Washington, D.C. 20515,

Case No. 1:22-cv-02675

JIM BANKS,
U.S. Representative for the 3rd Congressional
District of Indiana
1713 Longworth House Office Building
Washington, D.C. 20515,

CLIFF BENTZ,
U.S. Representative for the 2nd Congressional
District of Oregon
1239 Longworth House Office Building
Washington, D.C. 20515,

JACK BERGMAN,
U.S. Representative for the 1st Congressional
District of Michigan
566 Cannon House Office Building
Washington, D.C. 20515,

STEPHANIE BICE,
U.S. Representative for the 5th Congressional
District of Oklahoma
1223 Longworth House Office Building
Washington, D.C. 20515,

ANDY BIGGS,
U.S. Representative for the 5th Congressional
District of Arizona
171 Cannon House Office Building
Washington, D.C. 20515,

DAN BISHOP,
U.S. Representative for the 9th Congressional
District of North Carolina
1207 Longworth House Office Building
Washington, D.C. 20515,

LAUREN BOEBERT,
U.S. Representative for the 3rd Congressional
District of Colorado
1609 Longworth House Office Building
Washington, D.C. 20515,

MIKE BOST,
U.S. Representative for the 12th Congressional
District of Illinois
1211 Longworth House Office Building
Washington, D.C. 20515,

MO BROOKS,
U.S. Representative for the 5th Congressional
District of Alabama
2185 Rayburn House Office Building
Washington, D.C. 20515,

TED BUDD,
U.S. Representative for the 13th Congressional
District of North Carolina
103 Cannon House Office Building
Washington, D.C. 20515,

TIM BURCHETT,
U.S. Representative for the 2nd Congressional
District of Tennessee
1122 Longworth House Office Building
Washington, D.C. 20515,

MICHAEL C. BURGESS,
U.S. Representative for the 26th Congressional
District of Texas
2161 Rayburn House Office Building
Washington, D.C. 20515,

KEN CALVERT,
U.S. Representative for the 42nd Congressional
District of California
2205 Rayburn House Office Building
Washington, D.C. 20515,

KAT CAMMACK,
U.S. Representative for the 3rd Congressional
District of Florida
1626 Longworth House Office Building
Washington, D.C. 20515,

JERRY CARL,
U.S. Representative for the 1st Congressional
District of Alabama
1330 Longworth House Office Building
Washington, D.C. 20515,

EARL L. CARTER,
U.S. Representative for the 1st Congressional
District of Georgia
2432 Rayburn House Office Building
Washington, D.C. 20515,

JOHN R. CARTER,
U.S. Representative for the 31st Congressional
District of Texas
2208 Rayburn House Office Building
Washington, D.C. 20515,

MADISON CAWTHORN,
U.S. Representative for the 11th Congressional
District of North Carolina
102 Cannon House Office Building
Washington, D.C. 20515,

STEVE CHABOT,
U.S. Representative for the 1st Congressional
District of Ohio
2408 Rayburn House Office Building
Washington, D.C. 20515,

BEN CLINE,
U.S. Representative for the 6th Congressional
District of Virginia
2443 Rayburn House Office Building
Washington, D.C. 20515,

MICHAEL CLOUD,
U.S. Representative for the 27th Congressional
District of Texas
512 Cannon House Office Building
Washington, D.C. 20515,

ANDREW CLYDE,
U.S. Representative for the 9th Congressional
District of Georgia
521 Cannon House Office Building
Washington, D.C. 20515,

TOM COLE,
U.S. Representative for the 4th Congressional
District of Oklahoma
2207 Rayburn House Office Building
Washington, D.C. 20515,

RICK CRAWFORD,
U.S. Representative for the 1st Congressional
District of Arkansas
2422 Rayburn House Office Building
Washington, D.C. 20515,

WARREN DAVIDSON,
U.S. Representative for the 8th Congressional
District of Ohio
2113 Rayburn House Office Building
Washington, D.C. 20515,

SCOTT DESJARLAIS,
U.S. Representative for the 4th Congressional
District of Tennessee
2304 Rayburn House Office Building
Washington, D.C. 20515,

MARIO DIAZ-BALART,
U.S. Representative for the 25th Congressional
District of Florida
374 Cannon House Office Building
Washington, D.C. 20515,

BYRON DONALDS,
U.S. Representative for the 19th Congressional
District of Florida
523 Cannon House Office Building
Washington, D.C. 20515,

JEFF VAN DREW,
U.S. Representative for the 2nd Congressional
District of New Jersey
2447 Rayburn House Office Building
Washington, D.C. 20515,

JEFF DUNCAN,
U.S. Representative for the 3rd Congressional
District of South Carolina
2229 Rayburn House Office Building
Washington, D.C. 20515,

NEAL DUNN,
U.S. Representative for the 2nd Congressional
District of Florida
316 Cannon House Office Building
Washington, D.C. 20515,

BETH VAN DUYNE,
U.S. Representative for the 24th Congressional
District of Texas
1337 Longworth House Office Building
Washington, D.C. 20515,

RON ESTES,
U.S. Representative for the 4th Congressional
District of Kansas
2411 Rayburn House Office Building
Washington, D.C. 20515,

PAT FALLON,
U.S. Representative for the 4th Congressional
District of Texas
1118 Longworth House Office Building
Washington, D.C. 20515,

MICHELLE FISCHBACH,
U.S. Representative for the 7th Congressional
District of Minnesota
1237 Longworth House Office Building
Washington, D.C. 20515,

SCOTT FITZGERALD,
U.S. Representative for the 5th Congressional
District of Wisconsin
1507 Longworth House Office Building
Washington, D.C. 20515,

CHUCK FLEISCHMANN,
U.S. Representative for the 3rd Congressional
District of Tennessee
462 Cannon House Office Building
Washington, D.C. 20515,

VIRGINIA FOXX,
U.S. Representative for the 5th Congressional
District of North Carolina
2462 Rayburn House Office Building
Washington, D.C. 20515,

SCOTT FRANKLIN,
U.S. Representative for the 15th Congressional
District of Florida
1517 Longworth House Office Building
Washington, D.C. 20515,

RUSS FULCHER,
U.S. Representative for the 1st Congressional
District of Idaho
1520 Longworth House Office Building
Washington, D.C. 20515,

MATT GAETZ,
U.S. Representative for the 1st Congressional
District of Florida
1721 Longworth House Office Building
Washington, D.C. 20515,

MIKE GARCIA,
U.S. Representative for the 25th Congressional
District of California
1535 Longworth House Office Building
Washington, D.C. 20515,

BOB GIBBS,
U.S. Representative for the 7th Congressional
District of Ohio
2217 Rayburn House Office Building
Washington, D.C. 20515,

CARLOS GIMENEZ,
U.S. Representative for the 26th Congressional
District of Florida
419 Cannon House Office Building
Washington, D.C. 20515,

LOUIE GOHMERT,
U.S. Representative for the 1st Congressional
District of Texas
2269 Rayburn House Office Building
Washington, D.C. 20515,

BOB GOOD,
U.S. Representative for the 5th Congressional
District of Virginia
1213 Longworth House Office Building
Washington, D.C. 20515,

LANCE GOODEN,
U.S. Representative for the 5th Congressional
District of Texas
1722 Longworth House Office Building
Washington, D.C. 20515,

PAUL GOSAR,
U.S. Representative for the 4th Congressional
District of Arizona
2057 Rayburn House Office Building
Washington, D.C. 20515,

GARRET GRAVES,
U.S. Representative for the 6th Congressional
District of Louisiana
2402 Rayburn House Office Building
Washington, D.C. 20515,

SAM GRAVES,
U.S. Representative for the 6th Congressional
District of Missouri
1135 Longworth House Office Building
Washington, D.C. 20515,

MARJORIE TAYLOR GREENE,
U.S. Representative for the 14th Congressional
District of Georgia
1023 Longworth House Office Building
Washington, D.C. 20515,

MARK E. GREEN,
U.S. Representative for the 7th Congressional
District of Tennessee
2446 Rayburn House Office Building
Washington, D.C. 20515,

MORGAN GRIFFITH,
U.S. Representative for the 9th Congressional
District of Virginia
2202 Rayburn House Office Building
Washington, D.C. 20515,

MICHAEL GUEST,
U.S. Representative for the 3rd Congressional
District of Mississippi
418 Cannon House Office Building
Washington, D.C. 20515,

JIM HAGEDORN,
U.S. Representative for the 1st Congressional
District of Minnesota
1433 Longworth House Office Building
Washington, D.C. 20515,

ANDY HARRIS,
U.S. Representative for the 1st Congressional
District of Maryland
2334 Rayburn House Office Building
Washington, D.C. 20515,

DIANA HARSHBARGER,
U.S. Representative for the 1st Congressional
District of Tennessee
167 Cannon House Office Building
Washington, D.C. 20515,

VICKY HARTZLER,
U.S. Representative for the 4th Congressional
District of Missouri
2235 Rayburn House Office Building
Washington, D.C. 20515,

KEVIN HERN,
U.S. Representative for the 1st Congressional
District of Oklahoma
1019 Longworth House Office Building
Washington, D.C. 20515,

YVETTE HERRELL,
U.S. Representative for the 2nd Congressional
District of New Mexico
1305 Longworth House Office Building
Washington, D.C. 20515,

JODY HICE,
U.S. Representative for the 10th Congressional
District of Georgia
404 Cannon House Office Building
Washington, D.C. 20515,

CLAY HIGGINS,
U.S. Representative for the 3rd Congressional
District of Louisiana
572 Cannon House Office Building
Washington, D.C. 20515,

RICHARD HUDSON,
U.S. Representative for the 8th Congressional
District of North Carolina
2112 Rayburn House Office Building
Washington, D.C. 20515,

DARRELL ISSA,
U.S. Representative for the 50th Congressional
District of California
2300 Rayburn House Office Building
Washington, D.C. 20515,

RONNY JACKSON,
U.S. Representative for the 13th Congressional
District of Texas
118 Cannon House Office Building
Washington, D.C. 20515,

CHRIS JACOBS,
U.S. Representative for the 27th Congressional
District of New York
214 Cannon House Office Building
Washington, D.C. 20515,

BILL JOHNSON,
U.S. Representative for the 6th Congressional
District of Ohio
2336 Rayburn House Office Building
Washington, D.C. 20515,

MIKE JOHNSON,
U.S. Representative for the 4th Congressional
District of Louisiana
568 Cannon House Office Building
Washington, D.C. 20515,

JIM JORDAN,
U.S. Representative for the 4th Congressional
District of Ohio
2056 Rayburn House Office Building
Washington, D.C. 20515,

JOHN JOYCE,
U.S. Representative for the 13th Congressional
District of Pennsylvania
1221 Longworth House Office Building
Washington, D.C. 20515,

FRED KELLER,
U.S. Representative for the 12th Congressional
District of Pennsylvania
1717 Longworth House Office Building
Washington, D.C. 20515,

MIKE KELLY,
U.S. Representative for the 16th Congressional
District of Pennsylvania
1707 Longworth House Office Building
Washington, D.C. 20515,

TRENT KELLY,
U.S. Representative for the 1st Congressional
District of Mississippi
2243 Rayburn House Office Building
Washington, D.C. 20515,

DAVID KUSTOFF,
U.S. Representative for the 8th Congressional
District of Tennessee
560 Cannon House Office Building
Washington, D.C. 20515,

DOUG LAMALFA,
U.S. Representative for the 1st Congressional
District of California
408 Cannon House Office Building
Washington, D.C. 20515,

DOUG LAMBORN,
U.S. Representative for the 5th Congressional
District of Colorado
2371 Rayburn House Office Building
Washington, D.C. 20515,

JAKE LATURNER,
U.S. Representative for the 2nd Congressional
District of Kansas
1630 Longworth House Office Building
Washington, D.C. 20515,

DEBBIE LESKO,
U.S. Representative for the 8th Congressional
District of Arizona
1214 Longworth House Office Building
Washington, D.C. 20515,

BILLY LONG,
U.S. Representative for the 7th Congressional
District of Missouri
2454 Rayburn House Office Building
Washington, D.C. 20515,

BARRY LOUDERMILK,
U.S. Representative for the 11th Congressional
District of Georgia
2133 Rayburn House Office Building
Washington, D.C. 20515,

FRANK LUCAS,
U.S. Representative for the 3rd Congressional
District of Oklahoma
2405 Rayburn House Office Building
Washington, D.C. 20515,

BLAINE LUETKEMEYER,
U.S. Representative for the 3rd Congressional
District of Missouri
2230 Rayburn House Office Building
Washington, D.C. 20515,

NICOLE MALLIOTAKIS,
U.S. Representative for the 11th Congressional
District of New York
417 Cannon House Office Building
Washington, D.C. 20515,

TRACEY MANN,
U.S. Representative for the 1st Congressional
District of Kansas
522 Cannon House Office Building
Washington, D.C. 20515,

BRIAN MAST,
U.S. Representative for the 18th Congressional
District of Florida
2182 Rayburn House Office Building
Washington, D.C. 20515,

KEVIN MCCARTHY,
U.S. Representative for the 23rd Congressional
District of California
2468 Rayburn House Office Building
Washington, D.C. 20515,

LISA MCCLAIN,
U.S. Representative for the 10th Congressional
District of Michigan
218 Cannon House Office Building
Washington, D.C. 20515,

DAN MEUSER,
U.S. Representative for the 9th Congressional
District of Pennsylvania
414 Cannon House Office Building
Washington, D.C. 20515,

CAROL MILLER,
U.S. Representative for the 3rd Congressional
District of West Virginia
465 Cannon House Office Building
Washington, D.C. 20515,

MARY MILLER,
U.S. Representative for the 15th Congressional
District of Illinois
1529 Longworth House Office Building
Washington, D.C. 20515,

ALEX X. MOONEY,
U.S. Representative for the 2nd Congressional
District of West Virginia
2228 Rayburn House Office Building
Washington, D.C. 20515,

BARRY MOORE,
U.S. Representative for the 2nd Congressional
District of Alabama
1504 Longworth House Office Building
Washington, D.C. 20515,

MARKWAYNE MULLIN,
U.S. Representative for the 2nd Congressional
District of Oklahoma
2421 Rayburn House Office Building
Washington, D.C. 20515,

GREG F. MURPHY,
U.S. Representative for the 3rd Congressional
District of North Carolina
313 Cannon House Office Building
Washington, D.C. 20515,

TROY NEHLS,
U.S. Representative for the 22nd Congressional
District of Texas
1104 Longworth House Office Building
Washington, D.C. 20515,

RALPH NORMAN,
U.S. Representative for the 5th Congressional
District of South Carolina
569 Cannon House Office Building
Washington, D.C. 20515,

DEVIN NUNES,
Former U.S. Representative for the 22nd
Congressional District of California
1013 Longworth House Office Building
Washington, D.C. 20515,

JAY OBERNOLTE,
U.S. Representative for the 8th Congressional
District of California
1029 Longworth House Office Building
Washington, D.C. 20515,

BURGESS OWENS,
U.S. Representative for the 4th Congressional
District of Utah
1039 Longworth House Office Building
Washington, D.C. 20515,

STEVEN PALAZZO,
U.S. Representative for the 4th Congressional
District of Mississippi
2349 Rayburn House Office Building
Washington, D.C. 20515,

GARY PALMER,
U.S. Representative for the 6th Congressional
District of Alabama
170 Cannon House Office Building
Washington, D.C. 20515,

GREG PENCE,
U.S. Representative for the 6th Congressional
District of Indiana
211 Cannon House Office Building
Washington, D.C. 20515,

SCOTT PERRY,
U.S. Representative for the 10th Congressional
District of Pennsylvania
2160 Rayburn House Office Building
Washington, D.C. 20515,

AUGUST PFLUGER,
U.S. Representative for the 11th Congressional
District of Texas
1531 Longworth House Office Building
Washington, D.C. 20515,

BILL POSEY,
U.S. Representative for the 8th Congressional
District of Florida
2150 Rayburn House Office Building
Washington, D.C. 20515,

GUY RESCHENTHALER,
U.S. Representative for the 14th Congressional
District of Pennsylvania
409 Cannon House Office Building
Washington, D.C. 20515,

TOM RICE,
U.S. Representative for the 7th Congressional
District of South Carolina
406 Cannon House Office Building
Washington, D.C. 20515,

HAL ROGERS,
U.S. Representative for the 5th Congressional
District of Kentucky
2406 Rayburn House Office Building
Washington, D.C. 20515,

MIKE ROGERS,
U.S. Representative for the 3rd Congressional
District of Alabama
2469 Rayburn House Office Building
Washington, D.C. 20515,

JOHN ROSE,
U.S. Representative for the 6th Congressional
District of Tennessee
1124 Longworth House Office Building
Washington, D.C. 20515,

MATT ROSENDALE,
U.S. Representative for Montana
1037 Longworth House Office Building
Washington, D.C. 20515,

DAVID ROUZER,
U.S. Representative for the 7th Congressional
District of North Carolina
2333 Rayburn House Office Building
Washington, D.C. 20515,

JOHN RUTHERFORD,
U.S. Representative for the 4th Congressional
District of Florida
1711 Longworth House Office Building
Washington, D.C. 20515,

STEVE SCALISE,
U.S. Representative for the 1st Congressional
District of Louisiana
2049 Rayburn House Office Building
Washington, D.C. 20515,

DAVID SCHWEIKERT,
U.S. Representative for the 6th Congressional
District of Arizona
304 Cannon House Office Building
Washington, D.C. 20515,

PETE SESSIONS,
U.S. Representative for the 17th Congressional
District of Texas
2204 Rayburn House Office Building
Washington, D.C. 20515,

ADRIAN SMITH,
U.S. Representative for the 3rd Congressional
District of Nebraska
502 Cannon House Office Building
Washington, D.C. 20515,

JASON SMITH,
U.S. Representative for the 8th Congressional
District of Missouri
2418 Rayburn House Office Building
Washington, D.C. 20515,

LLOYD SMUCKER,
U.S. Representative for the 11th Congressional
District of Pennsylvania
302 Cannon House Office Building
Washington, D.C. 20515,

18

ELISE M. STEFANIK,
U.S. Representative for the 21st Congressional
District of New York
2211 Rayburn House Office Building
Washington, D.C. 20515,

GREG STEUBE,
U.S. Representative for the 17th Congressional
District of Florida
2457 Rayburn House Office Building
Washington, D.C. 20515,

CHRIS STEWART,
U.S. Representative for the 2nd Congressional
District of Utah
166 Cannon House Office Building
Washington, D.C. 20515,

GLENN THOMPSON,
U.S. Representative for the 15th Congressional
District of Pennsylvania
400 Cannon House Office Building
Washington, D.C. 20515,

TOM TIFFANY,
U.S. Representative for the 7th Congressional
District of Wisconsin
1719 Longworth House Office Building
Washington, D.C. 20515,

WILLIAM TIMMONS,
U.S. Representative for the 4th Congressional
District of South Carolina
267 Cannon House Office Building
Washington, D.C. 20515,

TIM WALBERG,
U.S. Representative for the 7th Congressional
District of Michigan
2266 Rayburn House Office Building
Washington, D.C. 20515,

JACKIE WALORSKI,
U.S. Representative for the 2nd Congressional
District of Indiana
466 Cannon House Office Building
Washington, D.C. 20515,

RANDY WEBER,
U.S. Representative for the 14th Congressional
District of Texas
107 Cannon House Office Building
Washington, D.C. 20515,

DANIEL WEBSTER,
U.S. Representative for the 11th Congressional
District of Florida
2184 Rayburn House Office Building
Washington, D.C. 20515,

ROGER WILLIAMS,
U.S. Representative for the 25th Congressional
District of Texas
1708 Longworth House Office Building
Washington, D.C. 20515,

JOE WILSON,
U.S. Representative for the 2nd Congressional
District of South Carolina
1436 Longworth House Office Building
Washington, D.C. 20515,

ROB J. WITTMAN,
U.S. Representative for the 1st Congressional
District of Virginia
2055 Rayburn House Office Building
Washington, D.C. 20515,

RON WRIGHT,
U.S. Representative for the 6th Congressional
District of Texas
1725 Longworth House Office Building
Washington, D.C. 20515, and,

LEE M. ZELDIN,
U.S. Representative for the 1st Congressional
District of New York
2441 Rayburn House Office Building
Washington, D.C. 20515

                                    *Defendants*.

## NOTICE OF REMOVAL

1. Pursuant to 28 U.S.C. §§ 1442 and 1446, Defendants the Honorable Robert B. Aderholt,

   U.S. Representative for the 4th Congressional District of Alabama; the Honorable Rick

   Allen, U.S. Representative for the 12th Congressional District of Georgia; the Honorable

   Jodey Arrington, U.S. Representative for the 19th Congressional District of Texas; the

   Honorable Brian Babin, U.S. Representative for the 36th Congressional District of Texas;

   the Honorable Jim Baird, U.S. Representative for the 4th Congressional District of

   Indiana; the Honorable Jim Banks, U.S. Representative for the 3rd Congressional District

   of Indiana; the Honorable Cliff Bentz, U.S. Representative for the 2nd Congressional

   District of Oregon; the Honorable Jack Bergman, U.S. Representative for the 1st

   Congressional District of Michigan; the Honorable Stephanie Bice, U.S. Representative

   for the 5th Congressional District of Oklahoma; the Honorable Andy Biggs, U.S.

   Representative for the 5th Congressional District of Arizona; the Honorable Dan Bishop,

   U.S. Representative for the 9th Congressional District of North Carolina; the Honorable

   Lauren Boebert, U.S. Representative for the 3rd Congressional District of Colorado; the

   Honorable Mike Bost, U.S. Representative for the 12th Congressional District of Illinois;

   the Honorable Mo Brooks, U.S. Representative for the 5th Congressional District of

   Alabama; the Honorable Ted Budd, U.S. Representative for the 13th Congressional

District of North Carolina; the Honorable Tim Burchett, U.S. Representative for the 2nd

Congressional District of Tennessee; the Honorable Michael C. Burgess, U.S.

Representative for the 26th Congressional District of Texas; the Honorable Ken Calvert,

U.S. Representative for the 42nd Congressional District of California; the Honorable Kat

Cammack, U.S. Representative for the 3rd Congressional District of Florida; the

Honorable Jerry Carl, U.S. Representative for the 1st Congressional District of Alabama;

the Honorable Earl L. Carter, U.S. Representative for the 1st Congressional District of

Georgia; the Honorable John R. Carter, U.S. Representative for the 31st Congressional

District of Texas; the Honorable Madison Cawthorn, U.S. Representative for the 11th

Congressional District of North Carolina; the Honorable Steve Chabot, U.S.

Representative for the 1st Congressional District of Ohio; the Honorable Ben Cline, U.S.

Representative for the 6th Congressional District of Virginia; the Honorable Michael

Cloud, U.S. Representative for the 27th Congressional District of Texas; the Honorable

Andrew Clyde, U.S. Representative for the 9th Congressional District of Georgia; the

Honorable Tom Cole, U.S. Representative for the 4th Congressional District of

Oklahoma; the Honorable Rick Crawford, U.S. Representative for the 1st Congressional

District of Arkansas; the Honorable Warren Davidson, U.S. Representative for the 8th

Congressional District of Ohio; the Honorable Scott DesJarlais, U.S. Representative for

the 4th Congressional District of Tennessee; the Honorable Mario Diaz-Balart, U.S.

Representative for the 25th Congressional District of Florida; the Honorable Byron

Donalds, U.S. Representative for the 19th Congressional District of Florida; the

Honorable Jeff Van Drew, U.S. Representative for the 2nd Congressional District of New

Jersey; the Honorable Jeff Duncan, U.S. Representative for the 3rd Congressional District

of South Carolina; the Honorable Neal Dunn, U.S. Representative for the 2nd

Congressional District of Florida; the Honorable Beth Van Duyne, U.S. Representative

for the 24th Congressional District of Texas; the Honorable Ron Estes, U.S.

Representative for the 4th Congressional District of Kansas; the Honorable Pat Fallon,

U.S. Representative for the 4th Congressional District of Texas; the Honorable Michelle

Fischbach, U.S. Representative for the 7th Congressional District of Minnesota; the

Honorable Scott Fitzgerald, U.S. Representative for the 5th Congressional District of

Wisconsin; the Honorable Chuck Fleischmann, U.S. Representative for the 3rd

Congressional District of Tennessee; the Honorable Virginia Foxx, U.S. Representative

for the 5th Congressional District of North Carolina; the Honorable Scott Franklin, U.S.

Representative for the 15th Congressional District of Florida; the Honorable Russ

Fulcher, U.S. Representative for the 1st Congressional District of Idaho; the Honorable

Matt Gaetz, U.S. Representative for the 1st Congressional District of Florida; the

Honorable Mike Garcia, U.S. Representative for the 25th Congressional District of

California; the Honorable Bob Gibbs, U.S. Representative for the 7th Congressional

District of Ohio; the Honorable Carlos Gimenez, U.S. Representative for the 26th

Congressional District of Florida; the Honorable Louie Gohmert, U.S. Representative for

the 1st Congressional District of Texas; the Honorable Bob Good, U.S. Representative

for the 5th Congressional District of Virginia; the Honorable Lance Gooden, U.S.

Representative for the 5th Congressional District of Texas; the Honorable Paul Gosar,

U.S. Representative for the 4th Congressional District of Arizona; the Honorable Garret

Graves, U.S. Representative for the 6th Congressional District of Louisiana; the

Honorable Sam Graves, U.S. Representative for the 6th Congressional District of

Missouri; the Honorable Marjorie Taylor Greene, U.S. Representative for the 14th

Congressional District of Georgia; the Honorable Mark E. Green, U.S. Representative for

the 7th Congressional District of Tennessee; the Honorable Morgan Griffith, U.S.

Representative for the 9th Congressional District of Virginia; the Honorable Michael

Guest, U.S. Representative for the 3rd Congressional District of Mississippi; the

Honorable Jim Hagedorn[1], U.S. Representative for the 1st Congressional District of

Minnesota; the Honorable Andy Harris, U.S. Representative for the 1st Congressional

District of Maryland; the Honorable Diana Harshbarger, U.S. Representative for the 1st

Congressional District of Tennessee; the Honorable Vicky Hartzler, U.S. Representative

for the 4th Congressional District of Missouri; the Honorable Kevin Hern, U.S.

Representative for the 1st Congressional District of Oklahoma; the Honorable Yvette

Herrell, U.S. Representative for the 2nd Congressional District of New Mexico; the

Honorable Jody Hice, U.S. Representative for the 10th Congressional District of Georgia;

the Honorable Clay Higgins, U.S. Representative for the 3rd Congressional District of

Louisiana; the Honorable Richard Hudson, U.S. Representative for the 8th Congressional

District of North Carolina; the Honorable Darrell Issa, U.S. Representative for the 50th

Congressional District of California; the Honorable Ronny Jackson, U.S. Representative

for the 13th Congressional District of Texas; the Honorable Chris Jacobs, U.S.

Representative for the 27th Congressional District of New York; the Honorable Bill

Johnson, U.S. Representative for the 6th Congressional District of Ohio; the Honorable

Mike Johnson, U.S. Representative for the 4th Congressional District of Louisiana; the

---

[1] The Honorable Jim Hagedorn passed away on February 17, 2022. *See Vacancies and Successors, 117th Congress (2021-2023)*, Hist., Arts & Archives, U.S. House of Reps., https://perma.cc/76AK-ZNXM.

Honorable Jim Jordan, U.S. Representative for the 4th Congressional District of Ohio;
the Honorable John Joyce, U.S. Representative for the 13th Congressional District of
Pennsylvania; the Honorable Fred Keller, U.S. Representative for the 12th Congressional
District of Pennsylvania; the Honorable Mike Kelly, U.S. Representative for the 16th
Congressional District of Pennsylvania; the Honorable Trent Kelly, U.S. Representative
for the 1st Congressional District of Mississippi; the Honorable David Kustoff, U.S.
Representative for the 8th Congressional District of Tennessee; the Honorable Doug
LaMalfa, U.S. Representative for the 1st Congressional District of California; the
Honorable Doug Lamborn, U.S. Representative for the 5th Congressional District of
Colorado; the Honorable Jake LaTurner, U.S. Representative for the 2nd Congressional
District of Kansas; the Honorable Debbie Lesko, U.S. Representative for the 8th
Congressional District of Arizona; the Honorable Billy Long, U.S. Representative for the
7th Congressional District of Missouri; the Honorable Barry Loudermilk, U.S.
Representative for the 11th Congressional District of Georgia; the Honorable Frank
Lucas, U.S. Representative for the 3rd Congressional District of Oklahoma; the
Honorable Blaine Luetkemeyer, U.S. Representative for the 3rd Congressional District of
Missouri; the Honorable Nicole Malliotakis, U.S. Representative for the 11th
Congressional District of New York; the Honorable Tracey Mann, U.S. Representative
for the 1st Congressional District of Kansas; the Honorable Brian Mast, U.S.
Representative for the 18th Congressional District of Florida; the Honorable Kevin
McCarthy, U.S. Representative for the 23rd Congressional District of California; the
Honorable Lisa McClain, U.S. Representative for the 10th Congressional District of
Michigan; the Honorable Dan Meuser, U.S. Representative for the 9th Congressional

District of Pennsylvania; the Honorable Carol Miller, U.S. Representative for the 3rd

Congressional District of West Virginia; the Honorable Mary Miller, U.S. Representative

for the 15th Congressional District of Illinois; the Honorable Alex X. Mooney, U.S.

Representative for the 2nd Congressional District of West Virginia; the Honorable Barry

Moore, U.S. Representative for the 2nd Congressional District of Alabama; the

Honorable Markwayne Mullin, U.S. Representative for the 2nd Congressional District of

Oklahoma; the Honorable Greg F. Murphy, U.S. Representative for the 3rd

Congressional District of North Carolina; the Honorable Troy Nehls, U.S. Representative

for the 22nd Congressional District of Texas; the Honorable Ralph Norman, U.S.

Representative for the 5th Congressional District of South Carolina; the Honorable Devin

Nunes,[2] Former U.S. Representative for the 22nd Congressional District of California;

the Honorable Jay Obernolte, U.S. Representative for the 8th Congressional District of

California; the Honorable Burgess Owens, U.S. Representative for the 4th Congressional

District of Utah; the Honorable Steven Palazzo, U.S. Representative for the 4th

Congressional District of Mississippi; the Honorable Gary Palmer, U.S. Representative

for the 6th Congressional District of Alabama; the Honorable Greg Pence, U.S.

Representative for the 6th Congressional District of Indiana; the Honorable Scott Perry,

U.S. Representative for the 10th Congressional District of Pennsylvania; the Honorable

August Pfluger, U.S. Representative for the 11th Congressional District of Texas; the

Honorable Bill Posey, U.S. Representative for the 8th Congressional District of Florida;

the Honorable Guy Reschenthaler, U.S. Representative for the 14th Congressional

---

[2]  The Honorable Devin Nunes resigned from the House, effective January 1, 2022.  *See Vacancies and Successors, 117th Congress (2021-2023)*, Hist., Arts & Archives, U.S. House of Reps., https://perma.cc/76AK-ZNXM.

District of Pennsylvania; the Honorable Tom Rice, U.S. Representative for the 7th

Congressional District of South Carolina; the Honorable Hal Rogers, U.S. Representative

for the 5th Congressional District of Kentucky; the Honorable Mike Rogers, U.S.

Representative for the 3rd Congressional District of Alabama; the Honorable John Rose,

U.S. Representative for the 6th Congressional District of Tennessee; the Honorable Matt

Rosendale, U.S. Representative for Montana; the Honorable David Rouzer, U.S.

Representative for the 7th Congressional District of North Carolina; the Honorable John

Rutherford, U.S. Representative for the 4th Congressional District of Florida; the

Honorable Steve Scalise, U.S. Representative for the 1st Congressional District of

Louisiana; the Honorable David Schweikert, U.S. Representative for the 6th

Congressional District of Arizona; the Honorable Pete Sessions, U.S. Representative for

the 17th Congressional District of Texas; the Honorable Adrian Smith, U.S.

Representative for the 3rd Congressional District of Nebraska; the Honorable Jason

Smith, U.S. Representative for the 8th Congressional District of Missouri; the Honorable

Lloyd Smucker, U.S. Representative for the 11th Congressional District of Pennsylvania;

the Honorable Elise M. Stefanik, U.S. Representative for the 21st Congressional District

of New York; the Honorable Greg Steube, U.S. Representative for the 17th

Congressional District of Florida; the Honorable Chris Stewart, U.S. Representative for

the 2nd Congressional District of Utah; the Honorable Glenn Thompson, U.S.

Representative for the 15th Congressional District of Pennsylvania; the Honorable Tom

Tiffany, U.S. Representative for the 7th Congressional District of Wisconsin; the

Honorable William Timmons, U.S. Representative for the 4th Congressional District of

South Carolina; the Honorable Tim Walberg, U.S. Representative for the 7th

Congressional District of Michigan; the Honorable Jackie Walorski,[3] U.S. Representative

for the 2nd Congressional District of Indiana; the Honorable Randy Weber, U.S.

Representative for the 14th Congressional District of Texas; the Honorable Daniel

Webster, U.S. Representative for the 11th Congressional District of Florida; the

Honorable Roger Williams, U.S. Representative for the 25th Congressional District of

Texas; the Honorable Joe Wilson, U.S. Representative for the 2nd Congressional District

of South Carolina; the Honorable Rob J. Wittman, U.S. Representative for the 1st

Congressional District of Virginia; the Honorable Ron Wright,[4] U.S. Representative for

the 6th Congressional District of Texas; and the Honorable Lee M. Zeldin, U.S.

Representative for the 1st Congressional District of New York ("House Defendants"),

hereby remove to this Court the complaint filed against them in the Superior Court of the

District of Columbia, by *pro se* plaintiff Duskin Corban Lassiter.  *See* Compl. (July 1,

2022) (attached as Exhibit A); Docket Sheet (attached as Exhibit B).

2. Mr. Lassiter alleges that the House Defendants committed tortious acts when they voted

to "acquit then President Donald J Trump" and to "overturn the election results" despite

then-Vice President Mike Pence's "specific instructions" that such votes were "forbidden

by law[.]"  Compl. at 1.  Mr. Lassiter seeks, from each member, $10 million dollars,

termination of their government pensions, criminal prosecution, immediate removal from

---

[3]  The Honorable Jackie Walorski passed away on August 3, 2022.  *See Vacancies and Successors, 117th Congress (2021-2023)*, Hist., Arts & Archives, U.S. House of Reps., https://perma.cc/76AK-ZNXM.

[4]  The Honorable Ron Wright passed away on February 7, 2021.  *See Vacancies and Successors, 117th Congress (2021-2023)*, Hist., Arts & Archives, U.S. House of Reps., https://perma.cc/76AK-ZNXM.

office, and disqualification from future public office.  *Id.*; Lassiter Aff. ¶ 2.  Presently, the

U.S. Attorney's Office has not been served with a copy of the Complaint.

3.  Removal of this action is appropriate pursuant to 28 U.S.C. § 1442(a)(4), inasmuch as

(1) the claims brought against the House Defendants arise from actions allegedly taken

while acting in their capacities as Members of Congress, and (2) the House Defendants

can raise one or more colorable federal defenses to the claims, including (a) lack of

standing, (b) sovereign immunity, (c) and absolute immunity under the Speech or Debate

Clause.

4.  Contemporaneously with the filing of this Notice with this Court, a copy of the Notice is

being lodged with the Clerk of the Superior Court of the District of Columbia.  *See* 28

U.S.C. § 1446(d).

Respectfully submitted,

*/s/ Douglas N. Letter*
DOUGLAS N. LETTER (D.C. Bar No. 253492)
  *General Counsel*
TODD B. TATELMAN (VA Bar No. 66008)
  *Principal Deputy General Counsel*
SARAH CLOUSE (MA Bar No. 688187)
  *Associate General Counsel*
BROOKS M. HANNER (D.C. Bar No. 1005346)
  *Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES[*]
5140 O'Neill House Office Building
Washington, D.C. 20515

---

[*]  Attorneys for the Office of General Counsel for the U.S. House of Representatives are
"entitled, for the purpose of performing the counsel's functions, to enter an appearance in any
proceeding before any court of the United States or of any State or political subdivision thereof
without compliance with any requirements for admission to practice before such court."
2 U.S.C. § 5571(a).

29

(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)
Douglas.Letter@mail.house.gov

*Counsel for the House Defendants*

September 6, 2022

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 6, 2022, I filed one copy of the foregoing Notice of

Removal via this Court's CM/ECF system, which I understand caused service on all registered

parties.  I further certify that I served one copy by first class mail, postage prepaid, on:

Duskin Corban Lassiter
7992 NC Hwy 8
Lexington, NC 27292

*/s/ Douglas N. Letter*
Douglas N. Letter